# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 11, 2024

Lyle W. Cayce
Clerk

No. 24-30362
Summary Calendar
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Mark Anthony Thompson,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:14-CR-74-1

_____

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Mark Anthony Thompson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Thompson has filed a response. We have reviewed counsel's brief and the relevant portions of the record

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30362

reflected therein, as well as Thompson's response.   We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.